IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: YOSEMITE NATIONAL PARK HANTAVIRUS LITIGATION | Case No. 14-md-02532-MMC |
| | Individual Case No. 14-cv-2826 MMC |
| THIS DOCUMENT RELATES TO: | **ORDER DISMISSING ACTION** |
| CATHY CARRILLO, | |
| Plaintiff, | |
| v. | |
| DNC PARKS & RESORTS AT YOSEMITE, INC., et al. | |
| Defendants. | |

By order filed May 23, 2017, the Court, at plaintiff Cathy Carillo's request, dismissed with prejudice each of her claims against defendants Delaware North Companies, Inc., Delaware North Companies Parks & Resorts, Inc., DNC Parks & Resorts at Yosemite, Inc., and DNC Parks & Resorts Reservations, Inc. (collectively, "DNC Defendants"), as well as her claims against defendant United States of America. By notice filed June 19, 2017, defendants/cross-claimants/cross-defendants Bradley Popp and Yosemite Construction, Inc. advised the Court they had reached a settlement with all parties in the instant action. Lastly, by order filed February 16, 2018, the Court, by stipulation of the parties thereto, dismissed with prejudice DNC Defendants' cross-claims against the United States.

Accordingly, all claims and cross-claims having been resolved, the above-titled action is hereby DISMISSED, and the Clerk of Court is DIRECTED to close the file.

**IT IS SO ORDERED.**

Dated: February 21, 2018

MAXINE M. CHESNEY
United States District Judge